THE PEOPLE OF THE STATE OF NEW YORK, Plaintiffs in error *v.* WILLIAM HOWELL et al., Defendants in error.

(Argued February 23, 1877; decided March 20, 1877.)

REPORTED below, 6 Hun, 620.

*J. Keck* for Plaintiffs in error.

*H. B. Cushney* for Defendants in error.

Agree to affirm on opinion of LEARNED, J., in court below

All concur.

Judgment affirmed.

---

ALVAH F. CROSBY. Appellant, *v.* EDWARD G. CRAFTS, Respondent.

(Submitted February 23, 1877; decided March 20, 1877.)

REPORTED below, 5 Hun, 327.

*Scovill & De Witt*, for Appellant.

*Edward K. Clark*, for Respondent.

Agree to affirm on opinion of court below.

All concur.

Judgment affirmed.